**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JEMIKA JOHNSON AND, ) | |
| ESTATE OF BABY JOY JOHNSON ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:23-cv-01024 |
| v. ) | |
| ) | |
| RAPPAHANNOCK REGIONAL ) | |
| JAIL AUTHORITY, ET AL. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT RAPPAHANNOCK REGIONAL JAIL AUTHORITY'S**
**MOTION TO DISMISS**

Defendant, Rappahannock Regional Jail Authority ("the Jail" or "RRJA"), by counsel, and pursuant to Fed. R. Civ. P. 12(b)(6) and other applicable law, moves this Honorable Court to enter an Order dismissing with prejudice Plaintiff's Complaint against it because it fails to state a claim upon which this Court may grant relief as to this Defendant. To support its Motion, Defendant relies upon its contemporaneously filed Memorandum in Support.

**RAPPAHANNOCK REGIONAL JAIL AUTHORITY**

/s/ Taylor D. Brewer
Martin A. Conn (VSB No. 39133)
Taylor D. Brewer (VSB No. 82041)
**MORAN REEVES & CONN PC**
1211 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 864-4805
Facsimile: (804) 421-6251
tbrewer@moranreevesconn.com
mconn@moranreevesconn.com
*Counsel for the Rappahannock Regional Jail Authority*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November, 2023, I electronically filed the foregoing pleading using the CM/ECF System, which will send notifications of the filing to all counsel of record:

Joshua Erlich, Esq. (VSB No. 81298)
**THE ERLICH LAW OFFICE, PLLC**
2111 Wilson Blvd. #700
Arlington, VA 22201
Telephone (703) 791-9087
Facsimile: (703) 722-8114
jerlich@erlichlawofice.com
*Counsel for Plaintiff*


Aderson Francois, Esq.
Nicole E. Molinaro, Esq.
Genevieve Mesch, Esq.
Civil Rights Clinic
**GEORGETOWN UNIVERSITY LAW CENTER**
600 New Jersey Avenue NW, Suite 352
Washington, DC 20001
Telephone: (202) 661-6721
Aderson.Francois@georgetown.edu
Nicole.RheauJt@georgetown.edu
Genevieve.Mesch@georgetown.edu
*ProHac Vice Pending*


/s/ Taylor D. Brewer
Martin A. Conn, Esq. (VSB No. 39133)
Taylor D. Brewer, Esq. (VSB No. 82041)
MORAN REEVES & CONN PC
1211 East Cary Street
Richmond, Virginia 23219
(804) 864-4805 – Telephone
(804) 421-6251 – Facsimile
mconn@moranreevesconn.com
tbrewer@moranreevesconn.com
*Counsel for Rappahannock Regional Jail Authority*