AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Jemika Johnson,
and
Baby Boy Johnson,

*Plaintiff(s)*

v.

Rappahannock Regional Jail Authority, et al.

*Defendant(s)*

Civil Action No. 1:23-cv-01024

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Rappahannock Creative Health Care
3 Baldwin Dr.
Fredericksburg, Virginia 22406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aderson Francois
Civil Rights Clinic, Georgetown University Law Center
600 New Jersey Ave NW Ste. 352
Washington, DC 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/30/2023

Deisy Estevez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:23-cv-01024-LMB-WEF**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* **Rappahannock Creative Health Care** was received by me on *(date)* **October 30, 2023**.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Peter Ober, Partner** , who is designated by law to accept service of process on behalf of *(name of organization)* **Rappahannock Creative Health Care** on *(date)* **Monday, October 30, 2023** ; or

☐ I returned the summons unexecuted because: ____________ ; or

☐ Other: ____________ ; or

My fees are $ 00.00 for travel and $ 149.00 for services, for a total of $ 149.00.

I declare under penalty of perjury that this information is true.

Date: **November 2, 2023**

____________
*Server's signature*

**Sean Gordon • Private Process Server**
*Printed name and title*

Patriot Process Service
3900 Jermantown Rd • Suite 300
Fairfax, VA 22030
703-385-5300
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 30, 2023, 4:07 pm EDT at 3 Baldwin Drive, Fredericksburg, VA 22406 received by Peter Ober c/o Rappahannock Creative Health Care . Age: 60's; Ethnicity: Caucasian; Gender: Male; Weight: 225 - 250; Height: 6'0"; Hair: Brown;

**Recipient accepted paperwork personally.**