UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEMIKA JOHNSON )<br>)<br>and )<br>)<br>ESTATE OF BABY BOY JOHNSON )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAPPAHANNOCK CREATIVE )<br>HEALTH CARE, et al. )<br>)<br>Defendants. ) | Case no. 1:23-cv-01024 |

## MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

COMES NOW, the defendants, Peter Ober and Rappahannock Creative Health Care (RCHC), by counsel, and hereby submit their Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, defendants will rely upon their Memorandum of Law.

PETER C. OBER and RAPPAHANNOCK
CREATIVE HEALTH CARE
By Counsel

McGAVIN, BOYCE, BARDOT,
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
(703) 385-1000; (703) 385-1555 Fax


 /s/ John D. McGavin                    .
John D. McGavin, Esquire
VSB Number: 021794
jmcgavin@mbbtklaw.com
Counsel for Defendants


## CERTIFICATE OF MAILING

I hereby certify that a true copy of the foregoing was mailed, postage pre-paid and by email on this 15th day of November, 2023 to:


Joshua Erlich, Esq. (VSB 81298)
The Erlich Law Office, PLLC
2111 Wilson Blvd., #700
Arlington, VA 22201
jerlich@erlichlawoffice.com

Aderson Francois, Esq.
Nicole E. Molinaro, Esq.
Genevieve Mesch, Esq.
Civil Rights Clinic
Georgetown University Law Center
600 New Jersey Avenue, NW, Suite 352
Washington, D.C. 20001
Aderson.francois@georgetown.edu
Nicole.rheault@georgetown.edu
Genevieve.mesch@georgetown.edu
Pro Hac Vice Pending

Counsel for Plaintiffs

Martin A. Conn, Esq. (VSB 39133)
Taylor D. Brewer, Esq. (VSB 82041)
Moran, Reeves & Conn, PC
1211 East Cary Street
Richmond, VA 23219
mconn@moranreevesconn.com
tbrewer@moranreevesconn.com
Counsel for Rappahannock Regional Jail Authority

      /s/ John D. McGavin
      John D. McGavin