IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEMIKA JOHNSON AND ) <br> ESTATE OF BABY JOY JOHNSON ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RAPPAHANNOCK REGIONAL ) <br> JAIL AUTHORITY, ET AL. ) <br> ) <br> Defendants. ) | Civil Action No. 1:23-cv-01024 |

**DEFENDANTS' NOTICE RE: PREVIOUSLY FILED MOTIONS TO DISMISS AND PROPOSED BRIEFING SCHEDULE**

Defendants Rappahannock Regional Jail Authority ("RRJA") and Rappahannock Creative Health Care ("RCHC"), by their respective counsel, pursuant to the Court's Order of November 17, 2023 [ECF 60], submit the following Notice:

RRJA and RCHC filed Motions to Dismiss Plaintiffs' Complaint on November 2 and 15, 2023 [ECF 41, 55]. The Court scheduled a hearing on RRJA's Motion to Dismiss for November 28, 2023. Subsequently, on November 16, 2023, Plaintiffs filed an Amended Complaint [ECF 59].

Counsel for RRJA and counsel for RCHC do not wish to proceed with oral argument on their Motions. Instead, Defendants have agreed with Plaintiffs to respond to the Amended Complaint according to the following briefing schedule:

**Defendants' responsive pleadings due: Friday, January 5, 2024**

**Plaintiff's Oppositions to responsive pleadings: Friday, February 2, 2024**

**Reply Briefs: Monday, February 12, 2024**

Therefore, counsel for the Defendants respectfully request that the hearing scheduled for November 28, 2023, be removed from the Court's docket.

RAPPAHANNOCK REGIONAL JAIL AUTHORITY

/s/ Taylor D. Brewer
Martin A. Conn (VSB No. 39133)
Taylor D. Brewer (VSB No. 82041)
**MORAN REEVES & CONN PC**
1211 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 864-4805
Facsimile: (804) 421-6251
tbrewer@moranreevesconn.com
mconn@moranreevesconn.com
*Counsel for Rappahannock Regional Jail Authority*

So Ordered

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge    11/21/23