**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| JEMIKA JOHNSON AND, | ) | |
| ESTATE OF BABY JOY JOHNSON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:23-cv-01024 |
| v. | ) | |
| | ) | |
| RAPPAHANNOCK REGIONAL | ) | |
| JAIL AUTHORITY, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

**JAIL DEFENDANT'S
<u>NOTICE OF HEARING</u>**

PLEASE TAKE NOTICE that on March 8, 2024, at 8:30 a.m., or as soon thereafter as counsel may be heard, Defendants James Schmitz, Brock Newton, Jared Paul, Stephenie Brown, Patrick Riverson, Shawn Connolly, Peter Teye, David Gonier, Sr., Austin Stoy, Douglas Johnson, Christopher Candler, Diana Gladmon, Gregory Coleman, Gregory McRae, Tony Coles, Joseph Jackson, Victor Reid, Paul Wallace, Laura Hedden, Helena Sangoe, Terrence Shell, Barbara Meade, Edward Adusei, LPN, Kevin Hudson, Patrick O'Connor, and Rappahannock Regional Jail Authority (together the "RRJA Defendants" or "Jail Defendants"), will present their Motions to Dismiss against Plaintiff Jemika Johnson.

Submitted: January 10, 2024          Respectfully,

**JAIL DEFENDANTS**

/s/ Rebecca A. Roberts
Martin A. Conn (VSB No. 39133)
Taylor D. Brewer (VSB No. 82041)

Rebecca A. Roberts (VSB No. 99524)
**MORAN REEVES & CONN PC**
1211 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 864-4805
Facsimile: (804) 421-6251
tbrewer@moranreevesconn.com
mconn@moranreevesconn.com
rroberts@moranreevesconn.com
*Counsel for Jail Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2024, I electronically filed the foregoing

pleading using the CM/ECF System, which will send notifications of the filing to all counsel of

record:

Joshua Erlich, Esq. (VSB No. 81298)
Katherine Lynne Herrmann, Esq.
**THE ERLICH LAW OFFICE, PLLC**
2111 Wilson Blvd. #700
Arlington, VA 22201
Telephone (703) 791-9087
Facsimile: (703) 722-8114
jerlich@erlichlawoffice.com
kherrmann@erlichlawoffice.com
*Counsel for Plaintiff*

Aderson Francois, Esq.
Nicole E. Molinaro, Esq.
Genevieve Mesch, Esq.
Civil Rights Clinic
**GEORGETOWN UNIVERSITY LAW CENTER**
600 New Jersey Avenue NW, Suite 352
Washington, DC 20001
Telephone: (202) 661-6721
Aderson.Francois@georgetown.edu
Nicole.Rheault@georgetown.edu
Genevieve.Mesch@georgetown.edu
*Pro Hac Vice Pending*

John David McGavin
**MCGAVIN, BOYCE, BARDOT, THORSEN AND KATZ, P.C**
9900 University Drive Suite
400 Fairfax, VA 22030
Telephone: (703) 385-1000
jmcgavin@mbbtklaw.com
*Counsel for Rappahannock Creative Health Care Defendants*

Philip C. Krone, Esq., (VSB No. 87723)
**Cook Craig & Francuzenko, PLLC**
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone: (703) 865-7480
Fax: (703) 434-3510
pkrone@cookcraig.com

3

alex@cookcraig.com
*Counsel for Defendant Rappahannock Area Community Services Board*

/s/ Rebecca A. Roberts
Martin A. Conn, Esq. (VSB No. 39133)
Taylor D. Brewer, Esq. (VSB No. 82041)
Rebecca A. Roberts, Esq. (VSB No. 99524)
MORAN REEVES & CONN PC
1211 East Cary Street
Richmond, Virginia 23219
(804) 864-4805 – Telephone
(804) 421-6251 – Facsimile
mconn@moranreevesconn.com
tbrewer@moranreevesconn.com
rroberts@moranreevesconn.com
*Counsel for Jail Defendants*