IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEMIKA JOHNSON AND, ) <br> ESTATE OF BABY JOY JOHNSON ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RAPPAHANNOCK REGIONAL ) <br> JAIL AUTHORITY, ET AL. ) <br> ) <br> Defendants. ) | Civil Action No. 1:23-cv-01024 |

### DEFENDANTS' MOTION TO DISMISS

Defendants Paul Wallace ("Wallace"), Gregory Coleman ("Coleman"), Tony Coles ("Coles"), Joseph Jackson ("Jackson"), Patrick O'Connor ("O'Connor"), Terrence Shell ("Shell"), Shawn Connolly ("Connolly"), Stephenie Brown ("Brown"), Peter Teye ("Teye"), and Rappahannock Regional Jail Authority ("RRJ") (collectively "Defendants"), by counsel, and pursuant to Fed. R. Civ. P. 12(b)(6) and other applicable law, move this Honorable Court to enter an Order dismissing with prejudice Counts II, III, IV, and V against them because Plaintiff fails to state a claim upon which this Court may grant relief as to these Defendants. To support their Motion, Defendants rely upon their contemporaneously filed Memorandum in Support.

                        **WALLACE**
                        **COLEMAN**
                        **COLES**
                        **JACKSON**
                        **O'CONNOR**
                        **SHELL**
                        **CONNOLLY**
                        **BROWN**
                        **TEYE**
                        **RAPPAHANNOCK REGIONAL JAIL AUTHORITY**

/s/ Martin A. Conn
Martin A. Conn (VSB No. 39133)
Taylor D. Brewer (VSB No. 82041)
Rebecca A. Roberts (VSB No. 99542)
**MORAN REEVES & CONN PC**
1211 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 864-4805
Facsimile: (804) 421-6251
tbrewer@moranreevesconn.com
mconn@moranreevesconn.com
rroberts@moranreevesconn.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of May, 2024, I electronically filed the foregoing pleading using the CM/ECF System, which will send notifications of the filing to all counsel of record:

>Joshua Erlich, Esq. (VSB No. 81298)
>Katherine L. Herrmann, Esq. (VSB No. 83203)
>**The Erlich Law Office, PLLC**
>1550 Wilson Blvd. #700
>Arlington, VA 22209
>Telephone (703) 791-9087
>Facsimile: (703) 722-9292
>jerlich@erlichlawoffice.com
>kherrmann@erlichlawofice.com
>*Counsel for Plaintiff*
>
>Nicole M. Rheault (D.C. Bar No. 1780028) (*pro hac vice*)
>Aderson Francois (D.C. Bar No. 498544) (*pro hac vice*)
>Genevieve Mesch (D.C. Bar No. 90008005) (*pro hac vice*)
>**CIVIL RIGHTS CLINIC**
>**GEORGETOWN UNIVERSITY LAW CENTER**
>600 New Jersey Avenue NW, Suite 352
>Washington, DC 20001
>Phone: (202) 661-6506
>Nicole.Rheault@georgetown.edu
>Aderson.Francois@georgetown.edu
>Genevieve.Mesch@georgetown.edu
>*Counsel for Plaintiff*
>
>>/s/_Martin A. Conn_____ ____ _____
>>Martin A. Conn, Esq. (VSB No. 39133)
>>Taylor D. Brewer, Esq. (VSB No. 82041)
>>Rebecca A. Roberts, Esq. (VSB No. 99524)
>>**MORAN REEVES & CONN PC**
>>1211 East Cary Street
>>Richmond, Virginia 23219
>>(804) 864-4805 – Telephone
>>(804) 421-6251 – Facsimile
>>mconn@moranreevesconn.com
>>tbrewer@moranreevesconn.com
>>rroberts@moranreevesconn.com
>>
>>*Counsel for Defendants*