UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEMIKA JOHNSON<br><br>*Plaintiff,*<br><br>v.<br><br>RAPPAHANNOCK REGIONAL<br>JAIL AUTHORITY, ET AL.,<br><br>*Defendants.* | Case No. 1:23-cv-01024 (LMB/WEF) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Jemika Johnson and Defendants Rappahannock Regional Jail and associated employees, jointly and through undersigned counsel, stipulate to the dismissal with prejudice of Case No. 1:23-cv-01024, as the parties have reached a settlement agreement. Except as provided in the terms of the agreement, each party shall bear their own costs and attorneys fees.

Pursuant to the agreement of the parties, Magistrate Judge William E. Fitzpatrick retains jurisdiction over the settlement agreement.

So Ordered

/s/ _____
Leonie M. Brinkema
United States District Judge     8/1/24